UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ERIC BALLON

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum  ( ) Ad Testificandum

1. ERIC BALLON, FBI# 904337HC4, D/O/B: 2/3/1987 (hereinafter the "Detainee") is now confined at the Hudson County Correctional Facility.

2. The Detainee is

 charged in this District by: ( X ) Indictment  ( ) Information  ( ) Summons with a violation of Title 18 U.S. Code 922 (g) (1)

3. The Detainee will

 return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required before the Honorable Jose L. Linares, U.S.D.J. at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Courtroom 5D in Newark, New Jersey, on Wednesday, May 29, 2013, at 11:00 a.m., for an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 24, 2013

/s/ Courtney M. Oliva
COURTNEY M. OLIVA
Assistant U.S. Attorney
Petitioner

| | **ORDER** |
|---|---|
| Let the Writ Issue.<br>DATED: 5/28/13 | *[signature]*<br>Hon. Jose L. Linares |

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the HUDSON COUNTY JAIL:

WE COMMAND YOU that you have the body of

ERIC BALLON, FBI# 904337HC4, D/O/B: 2/3/1987

now confined at the Hudson County Jail, brought before the Hon. Jose L. Linares, U.S. District Judge, at the United States District Court, in Newark, New Jersey, Martin Luther King Building U.S. Courthouse, Courtroom 5D, on Wednesday, May 29th at 11:00 a.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honrable Jose L. Linares
United States District Judge
Newark, New Jersey

DATED: 5/28/2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *[signature]*
Deputy Clerk